Reagan E. Bradford, OBA #22072*
Ryan K. Wilson, OBA #33306*
*admitted *pro hac vice*
BRADFORD & WILSON PLLC
431 W. Main Street, Suite D
Oklahoma City, OK 73102
(405) 698-2770
(405) 234-5506 fax
reagan@bradwil.com
ryan@bradwil.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF WYOMING**

| | |
|---|---|
| Madeline A. Wright, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Devon Energy Production Company, L.P.,<br><br>Defendant. | Civil Action No. 22-CV-213-KHR |

**PLAINTIFF'S UNOPPOSED MOTION
TO CERTIFY THE SETTLEMENT CLASS FOR SETTLEMENT PURPOSES,
TO PRELIMINARILY APPROVE THE CLASS ACTION SETTLEMENT,
TO APPROVE THE FORM AND MANNER OF NOTICE,
TO APPOINT A SETTLEMENT ADMINISTRATOR,
TO APPOINT AN ESCROW AGENT, AND
TO SET A DATE FOR A FINAL APPROVAL HEARING**

Plaintiff respectfully moves the Court, under Federal Rule of Civil Procedure 23, to certify the Settlement Class, to preliminarily approve the Class Action Settlement, to approve the form and manner of notice to the Settlement Class, to appoint a Settlement Administrator, to appoint an Escrow Agent, and to set a date for a final fairness hearing. Plaintiff provides the grounds for the relief requested in this Motion in the accompanying brief in support. Plain-

tiff and Defendant have executed a Settlement Agreement, which is attached hereto as **Exhibit 1**, in which they, *inter alia*, agreed to the form of the Preliminary Approval Order. *See id*. at 46–60. For the Court's convenience, Plaintiff separately attaches that agreed Preliminary Approval Order here as **Exhibit 2**, and Plaintiff will also submit a Word version of agreed Preliminary Approval Order to the Court contemporaneously with filing this Motion.

Respectfully Submitted,

*/s/ Reagan E. Bradford*
Reagan E. Bradford, OBA #22072*
Ryan K. Wilson, OBA #33306*
*admitted *pro hac vice*
BRADFORD & WILSON PLLC
431 W. Main Street, Suite D
Oklahoma City, OK 73102
(405) 698-2770
(405) 234-5506 fax
reagan@bradwil.com
ryan@bradwil.com

–and–

Rick Erb 6-2663
RICHARD A. ERB, JR., PC
PO Box 36
Gillette, WY 82717
(307) 682-0215
(307) 682-1339 fax
rick@rickerb.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2024, a true and correct copy of the above and foregoing document was served in accordance with the Local Rules on all counsel of record via the Court's electronic filing system.

*/s/ Reagan E. Bradford*
Reagan E. Bradford