## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MADELINE A WRIGHT, formerly known as MADELINE A. CARSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEVON ENERGY PRODUCTION COMPANY, L.P.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-CV-00213-KHR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE UNDER
## CLASS ACTION FAIRNESS ACT

Pursuant to 28 U.S.C. § 1715, Defendant Devon Energy Production Company, L.P. ("Devon") served a Notice Pursuant to 28 U.S.C. § 1715 of Proposed Class Action Settlement ("Notice") upon appropriate state and federal officials on April 12, 2024. The Notice informed the recipients of the proposed class-action settlement agreement filed on April 5, 2024, and is attached as Exhibit A.

Due to volume, the exhibits referenced in the Notice are not being filed with the Court at this time. A summary of the exhibits to the Notice is below:

- Exhibit 1: Copy of the Complaint filed with the Court on September 29, 2022 [Dkt. #1];

- <u>Exhibit 2</u>:  Copies of the Unopposed Motion and Brief in Support to Certify the Settlement Class which includes the parties' Stipulation and Settlement Agreement [Dkt. #31 and #32];

- <u>Exhibit 3</u>:  Copies of the notices, attached as Exhibits 3, 4, and 5 to the Settlement Agreement [Dkt. #31-1];

- <u>Exhibit 4</u>:  Copy of the Settlement Agreement [Dkt. #31-1];

- <u>Exhibit 5</u>:  Copy of the parties' Escrow Agreement;

- <u>Exhibit 6</u>:  Copies of (1) the summary of estimated class members residing in all states, and (2) a list of the names of class members residing in the state official's state; and

- <u>Exhibit 7</u>:  Copies of the signed Preliminary Approval Order [Dkt. #33], the proposed Judgment, attached as Exhibit 2 to the Settlement Agreement [Dkt. 31-1], and Text Only Notice setting the Final Fairness Hearing [Dkt. #34].

DATED this 16th day of April, 2024.

Respectfully submitted,

*/s/ Christopher A. Chrisman*
John F. Shepherd, *pro hac vice*
Christopher A. Chrisman, *pro hac vice*
Michelle R. Seares, *pro hac vice*
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Phone: (303) 295-8000
jshepherd@hollandhart.com
cachrisman@hollandhart.com
mrseares@hollandhart.com

Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Holland & Hart LLP
2020 Carey Avenue, Suite 800
Cheyenne, WY 82001
Phone: (307) 778-4200
jspope@hollandhart.com

**Attorneys for Defendant**
**Devon Energy Production Company, L.P.**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 16, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      Reagan E. Bradford
      Ryan K. Wilson
      Bradford & Wilson PLLC
      431 W. Main Street, Suite D
      Oklahoma City, OK 73102
      reagan@bradwil.com
      ryan@bradwil.com

      Rick Erb
      Richard A. Erb, Jr., PC
      P.O. Box 36
      Gillette, WY 82717
      rick@rickerb.com

      */s/ Christopher A. Chrisman*
      Christopher A. Chrisman

31854725