

FILED

3:18 pm, 8/6/24

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MADELINE A WRIGHT<br><br>                              Plaintiff,<br><br>vs.<br><br>DEVON ENERGY PRODUCTION<br>COMPANY LP<br><br>                              Defendant. | Case Number: 22-CV-213-KHR |

## CIVIL MINUTE SHEET STATUS CONFERENCE

Date: 08/06/2024    Time: 2:03 - 2:22 PM

| Kelly H. Rankin | MiYon Bowden | Jan Davis | Davis Clark |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Reagan Bradford, Richard Erb, Ryan Wilson

Attorney(s) for Defendant(s)    Christopher Chrisman, Jeffrey Pope, John Shepherd

Other:

Final fairness hearing held, as agreed by parties.  The Court approves the settlement and finds that it is a fair resolution to this class action.  The Court will adopt the language in the proposed orders, and enter the judgment.