

**FILED**

*11:38 am, 1/6/25*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MADELINE A. WRIGHT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DEVON ENERGY PRODUCTION COMPANY, L.P.,<br><br>Defendant. | Case No. 22-CV-213-KHR |

**JUDGMENT IN A CIVIL ACTION**

The Court issues this Judgment after granting Plaintiff's Motion for Final Approval of Class Action Settlement. [ECF No. 36]. Pursuant to the Parties' Settlement Agreement and this Court's Order, all remaining claims in this litigation are dismissed.

Dated this 6th day of January, 2025.

_____
*Clerk of Court or Deputy Clerk*