

**FILED**

**10:01 am, 1/30/25**

**Margaret Botkins**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| MADELINE A WRIGHT, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 22-CV-00213-KHR |
| DEVON ENERGY PRODUCTION COMPANY, L.P., | ) ) ) | |
| Defendant. | ) ) ) ) ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The Court issues this Amended Judgment after granting Plaintiff's Motion for Final Approval of Class Action Settlement. [ECF No. 36].  Pursuant to the Parties' Settlement Agreement and paragraph 24 of this Court's Order [ECF No. 43], the Court's Order is hereby incorporated by reference into this Judgment, its terms shall constitute part of this final Judgment, and the Litigation and Released Claims are dismissed with prejudice.[1]

DATED this 30th day of January, 2025.

_____
*Clerk of Court or Deputy Clerk*

---

[1]    All capitalized terms shall have the same meanings ascribed to them in the Settlement Agreement.