# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Madeline A. Wright, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Devon Energy Production Company, L.P.,<br><br>Defendant. | Case No. 22-CV-213-KHR |

## ORDER GRANTING MOTION FOR DISBURSEMENT OF FUNDS FOR LITIGATION EXPENSES AND DISTRIBUTION COSTS

Before the Court is Class Representative's Motion to Authorize Distribution of Settlement Funds for Payment of Expenses.

On August 9, 2024, the Court entered its Order Granting Final Approval of Settlement, which approved the Settlement as fair, reasonable, and adequate under Rule 23. [ECF No. 43, at 7].

On the same day, the Court also entered its Order Awarding Plaintiff's Attorneys' Fees, Litigation Expenses, Administration, Notice, and Distribution Costs, and Case Contribution Award (the "Fee and Expense Order"). [ECF No. 44]. The Fee and Expense Order provided a reserve of $105,160.93 for future Litigation Expenses and Administration, Notice, and Distribution Costs. *Id.* at 9.

Following entry of the Fee and Expense Order, Class Counsel has advanced $46,773.86 in Litigation Expenses and Administration, Notice, and Distribution Costs. *See* [ECF No. 53-1, at 1].

Following entry of the Fee and Expense Order, the Settlement Administrator (JND Class Action Administration) has incurred $11,803.73 in Administration, Notice, and Distribution Costs. *Id.* In total, Class Counsel and the Settlement Administrator have incurred $58,577.59 in Litigation Expenses and Administration, Notice, and Distribution Costs, which the Court finds to be reasonably and necessarily incurred and advanced to effectuate the Settlement and to distribute the Net Settlement Fund to Class Members in accordance with the Court's orders. *Id.*

For good cause shown, the Motion is **GRANTED**. Accordingly, the Court authorizes the distribution of Settlement funds in the total amount of $58,577.59 to Class Counsel and the Settlement Administrator to reimburse the Litigation Expenses and Administration, Notice, and Distribution Costs advanced following entry of the Judgment.

IT IS SO ORDERED this 28th day of March, 2025.

_____
HONORABLE KELLY H. RANKIN
UNITED STATES DISTRICT JUDGE